# Court of Appeals
# of the State of Georgia

ATLANTA, October 11, 2017

*The Court of Appeals hereby passes the following order:*

**A18D0109.  JAMES ADAMS JR. v. THE STATE.**

James Adams Jr. seeks discretionary review of the trial court's order denying his motion for an out-of-time appeal of a previous order denying his extraordinary motion for new trial.  Because "the trial court had no authority to grant [Adams] an out-of-time discretionary application from the denial of his extraordinary motion for new trial," *Gable v. State*, 290 Ga. 81, 86 (c) (720 SE2d 170) (2011), this application is DENIED.

Adams claims he was unable to file a timely application because the trial court did not notify him of the denial of his extraordinary motion for new trial, as required by OCGA § 15-6-21 (c).  Under these circumstances, Adams's remedy is to petition the trial court to set aside and re-enter the order as a means of correcting the problem.  See *Cambron v. Canal Ins. Co.*, 246 Ga. 147, 148-149 (1) (269 SE2d 426) (1980).

The re-entry of the order will begin anew the time for filing an application in this Court.[1] See id.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,  10/11/2017*
      *I certify that the above is a true extract from* *the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court* *hereto affixed the day and year last above written.*

_____ , *Clerk.*

---

[1] We express no opinion, at this juncture, on the merits of Adams's extraordinary motion for new trial.